FILED
Date: 4/2/24
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                CASE NO. 5:24-cr-40-TPB-PRL
                                  18 U.S.C. § 113(a)(1)
SHANE MCMILLAN                    18 U.S.C. § 1791(a)(2)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 9, 2023, in the Middle District of Florida, the defendant,

SHANE MCMILLAN,

at a place within the special maritime and territorial jurisdiction of the United States, namely Coleman Federal Correctional Complex, did assault L.G.N., with the intent to commit murder.

In violation of 18 U.S.C. § 113(a)(1).

### COUNT TWO

On or about July 9, 2023, in the Middle District of Florida, the defendant,

SHANE MCMILLAN,

being an inmate of a prison, namely Coleman Federal Correctional Complex,

knowingly possessed a prohibited object, namely, a sharp metal object.

In violation of 18 U.S.C. §§ 1791(a)(2) and (b)(3).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Hannah Nowalk
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34  
March 24

No. 5:24-cr-

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

SHANE MCMILLAN

INDICTMENT

Violations:  18 U.S.C. § 113(a)(1)  
18 U.S.C. § 1791(a)(2) and (b)(3)

A true bill,



Foreperson

Filed in open court this 2nd day of April 2024.

_____  
Clerk

Bail $_____

GPO 863 525